# ELECTRONIC RECORD

COA # 02-13-00378-CR    OFFENSE: 22.02

STYLE: Jamall Terrell Young v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION:    AFFIRM    TRIAL COURT: Criminal District Court No. 1

DATE: 09/18/2014    Publish: NO    TC CASE #: 1312252

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jamall Terrell Young v. The State of Texas    CCA #: 1439-14

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 01/14/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD